UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-07026-JLS-DMK                           Date:  June 26, 2026
Title:  Keith Feder, M.D., Inc. v. Aetna Life Insurance Co. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

　Kelly Davis　                                              　N/A　
　　Deputy Clerk                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

　　Not Present                                              Not Present

**PROCEEDINGS:    (IN CHAMBERS)  ORDER TO SHOW CAUSE RE:
　　　　　　　　　　DISMISSAL FOR FAILURE TO FILE MEMORANDA OF
　　　　　　　　　　CONTENTIONS OF FACT AND LAW**

On July 25, 2025, the Court issued an order setting the Final Pretrial Conference for July 10, 2026.  (Doc. 78 at 2.)  On February 2, 2026, the Court denied a request to continue the pretrial dates, including the conference, because the parties did not show good cause for the continuance.  (Doc. 80.)  Pursuant to the Court's Civil Trial Order and Local Rule 16-4, counsel were required to serve and file their Memoranda of Contentions of Facts and Law no later than twenty-one (21) days before the final pretrial conference.  *See* C.D. Cal. L.R. 16-4; Civil Trial Order at 3, Doc. 19.  The Civil Trial Order expressly states that "[s]trict compliance with the requirements of the Federal Rules of Civil Procedure and the Local Rules is mandatory."  (Civil Trial Order at 3.)  Although these Memoranda were due by June 19, 2026, neither party has filed the document.

The parties are therefore ORDERED to show cause, in writing, why the Court should not dismiss this matter for failure to prosecute and/or issue sanctions for the failure to timely file the Memoranda of Contentions of Fact and Law.  Failure to respond within **five (5) days of this Order** will result in an immediate dismissal of this action.  Alternatively, a properly filed Notice of Dismissal will be sufficient to discharge this order to show cause.

Initials of Preparer:  kd

**CIVIL MINUTES – GENERAL**                                                    1