JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-07026-JLS-DMK                                         Date: July 06, 2026
Title:  Keith Feder, M.D., Inc. v. Aetna Life Insurance Co. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION**

On June 26, 2026, after the parties failed to file their required pretrial documents, the Court ordered the parties to show cause as to why the Court should not dismiss this action for failure to prosecute.  (Doc. 82.)  The Court warned that "[f]ailure to respond within five (5) days of this Order will result in immediate dismissal of this action."

Because the deadline has now passed and the parties filed no response, it is hereby ORDERED that this action is DISMISSED, and the case is ordered closed.

Initials of Deputy Clerk: kd